UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

AMERIHOME MORTGAGE CO., LLC,

    Plaintiff,

v.

                           No. 1:25-CV-067-H

CARMEN C. BRANTLEY, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's motion to dismiss without prejudice and without costs for lack of subject-matter jurisdiction (Dkt. No. 16) be granted and that the plaintiff's motion to set aside the order of dismissal (Dkt. No. 13) be denied as moot. Dkt. No. 17. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's motion to dismiss for lack of subject-matter jurisdiction (Dkt. No. 16) is granted. The plaintiff's claims against the defendant are dismissed without prejudice and without costs, and the plaintiff's motion to set aside the order of dismissal (Dkt. No. 13) is denied as moot.

So ordered on November ___, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE